UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60165-CIV-SEITZ/O'SULLIVAN

PABLO CRUZ,

     Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

     Defendants.

_____/

## <u>ORDER</u>

THIS MATTER is before the Court <u>sua sponte</u> following a review of the record. On April 20, 2009, the Court granted the United States of America's (hereinafter "government") motion for extension of time to respond to the Complaint. <u>See</u> Order (DE# 4, 6/20/09). The Court's Order stated that "[t]he defendant, United States of America, shall file a **response** to the Complaint on or before Wednesday, May 20, 2009." <u>Id.</u> (emphasis added). On May 20, 2009, the government filed Defendant, United States of America's Motion to Transfer Venue to the Middle District of Florida (DE# 7, 5/20/09) pursuant to 28 U.S.C. §§ 1402(b) and 1404. A motion to transfer venue is not a responsive pleading or motion altering the response deadline under Fed. R. Civ. P. 12. <u>See</u> <u>James v. Norfolk & W. Ry. Co.</u>, 430 F.Supp. 1317, 1319 n. 1 (D.C. Ohio 1976) ("[a] motion to transfer venue under § 1404(a) is not a Rule 12(b)(3) motion [to dismiss for improper venue]"); <u>Berentsen v. Titan Technology Partners, Ltd.</u>, No. 08-cv-02415-MSK-KMT, 2009 WL 122564, *1 (D. Colo. Jan. 15, 2009) ("observ[ing] that the filing of a responsive pleading and case preparation will need to occur regardless of the

outcome of the Motion to Transfer Venue."). Accordingly, it is

     ORDERED AND ADJUDGED that on or before **Wednesday, May 27, 2009**, the

government shall file a response to the Complaint. It is further

     ORDERED AND ADJUDGED that the plaintiff shall file his response to

Defendant, United States of America's Motion to Transfer Venue to the Middle District

of Florida (DE# 7, 5/20/09) in accordance with the Local Rules.

     DONE AND ORDERED, in Chambers, at Miami, Florida, this **22nd** day of May,

2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All Counsel of Record