UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60165-CIV-SEITZ/O'SULLIVAN

PABLO CRUZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on the Defendant's Motion for Leave of Court to Depose the Plaintiff (DE# 22, 4/26/10). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Leave of Court to Depose the Plaintiff (DE# 22, 4/26/10) is **GRANTED**. On May 10, 2010, the plaintiff's counsel filed a response indicating that he has no objection to the plaintiff's deposition. See Plaintiff's Response in Agreement with Defendant's Request to Depose Plaintiff (DE# 24, 5/10/10). Pursuant to Fed. R. Civ. P. 30(a)(2), the defendant is granted leave of Court to depose the plaintiff while the plaintiff is in prison.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **10th** day of May, 2010.

                                                        JOHN J. O'SULLIVAN
                                                        UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All Counsel of Record