UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60165-CIV-SEITZ/O'SULLIVAN

PABLO CRUZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## REPORT CONCERNING READINESS FOR TRIAL

THIS MATTER was referred to the undersigned for all pretrial proceedings. See Order Referring Case to Magistrate for All Pretrial Matters (DE# 3, 2/10/09). All pending motions have been resolved and the parties have filed their pretrial statements. See Plaintiff's Pretrial Statement (DE# 33, 9/16/10); Defendant's Pretrial Statement (DE# 36, 9/29/10). This case is now at issue and the parties have not consented to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c). Accordingly, it is

RESPECTFULLY RECOMMENDED that this case be placed on the trial calendar of the District Judge.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **30th** day of September, 2010.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All Counsel of Record